RECEIVED
JUL 1 2 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 03-20092 |
| V. | * | JUDGE MELANÇON |
| GREGORY JAMES CATON | * | MAGISTRATE JUDGE HILL |

## ORDER

WHEREAS, on May 26, 2004, GREGORY JAMES CATON, pled guilty to violations of 18 U.S.C. § 1341 (Mail Fraud), and 21 U.S.C. §§ 331(d), 355(a) and 333(a)(2) (introduction of unapproved new drugs into interstate commerce). As part of the plea agreement, the defendant and his family members stipulated to the forfeiture of the properties listed below as properties acquired from, or used to facilitate, the criminal violations. In the plea agreement, the defendant also committed to assist the United States with the forfeiture of these properties and to take whatever steps necessary to pass clear title to the United States.

AND WHEREAS, on September 16, 2004, this Court entered a Final Judgment of Forfeiture forfeiting to the United States the following properties:

(1) Real Property located at Lots 4, 5, 6, 7, and Block "G" of Houston Subdivision, a subdivision as per Plat recorded in Conveyance Book 14, Page 111, of the records of Calcasieu Parish, Louisiana, together with all buildings and improvements situated thereon. Which property has a municipal address of 2116-2128 Hodges Street and 409 Scott Street, Lake Charles, Louisiana 70601. This property was purchased by Gregory J. Caton (Herbologics, LTD), May 31, 1995 for $220,000.

(2) Lots 1, 2 and 3 of Block F of Houston Subdivision, a subdivision in The North East Quarter of the North East Quarter (NE 1/4 of NE 1/4) of Section 7, Township 10 South, Range 8 West, as per plat recorded in the records of Calcasieu Parish, Louisiana, together with all improvements and component parts pertaining thereto. Which property has a municipal address of 2200-2202 Hodges Street, Lake Charles, Louisiana 70601. This property was purchased by Herbologics LTD (Gregory James Caton, President), December 9, 1993 for $43,500, $10,000 paid in cash and a $35,500 promissory note to seller.

(3) Real Property commencing at the Northeast Corner of Lot One (1) of Block Three (3) Peake Addition, as per Plat recorded in Conveyance Book 2, at page 577, records of Calcasieu Parish, Louisiana, thence West along the South side of Prewitt Street 50 feet, South parallel with Cole Street 85 feet, East 50 feet, North along West side of Cole Street 85 feet to the point of commencement, together with all buildings and improvements located thereon, municipality known as 324 Prewitt, Lake Charles, LA 70601. Purchased by Catheryn Caton (Herbologics LTD) 12/11/2001 for $42,500.

(4) $860,000.00 in U.S. Currency

AND WHEREAS, on May 13, 2005, the Final Judgment of Forfeiture was amended to recognize the mortgage interest held by Hibernia National Bank of Lake Charles, Louisiana, making said Judgment of Forfeiture subject to that mortgage recorded at File Number 2569718, Book 2428, Page 35, in the records of Calcasieu Parish, Louisiana.

AND WHEREAS, despite the efforts of the defendant and the United States, title issues regarding the above listed properties have not been resolved. Pursuant to the Release Agreement signed by Gregory James Caton, Cathryn Caton, and their attorney, Timothy Meche, the United States moves to vacate the Judgment of Forfeiture releasing these properties from the forfeiture previously ordered in this matter.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Final Judgment of Forfeiture previously entered is hereby VACATED thereby releasing the above listed properties from forfeiture to the United States.

DONE AND SIGNED this 12th day of July 2006 at Lafayette, Louisiana.

TUCKER L. MELANÇON
United States District Judge

3